**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1**
**Eastern Division**

Sandusky Wellness Center, LLC

                                      Plaintiff,

v.                                                        Case No.: 1:12−cv−10437
                                                            Honorable Ruben Castillo

DrFirst.com, Inc., et al.

                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, September 25,2013:

      MINUTE entry before Honorable Harry D. Leinenweber:Status hearing held.For the reasons stated in open court, this case is dismissed with prejudice. Civil case terminated. Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If an order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.